UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| DEREK WAYNE FULMER | 11-12831 |
| LISA SMITH FULMER | CHAPTER 13 |
| DEBTORS | SECTION A |

ORDER

Hearing on the Motion for Authority to Disburse Funds Held in the Registry of the Court filed by Debtors, Derek Wayne Fulmer and Lisa Smith Fulmer, was held on the 25th day of February, 2014:

Present at the hearing were:

R. L. Landreneau, Jr., Attorney for the Debtors,
Andrew H. Wiebelt, II, Attorney for the Chapter 13 Trustee,

After considering the pleadings, the Court being of the opinion that the relief sought is in the best interest of the Debtors, the creditors, and the estate, and the objection of the Trustee having been satisfied:

IT IS ORDERED that Sheila K. Booth, Clerk of Court for the U.S. Bankruptcy Court, Eastern District of Louisiana, shall turn over $15,732.99 held in the registry of the Court to the Debtors, Derek Wayne Fulmer and Lisa Smith Fulmer. This check shall be mailed to:
Derek Wayne Fulmer and Lisa Smith Fulmer
6710 Willie Lou Ave.
Houma LA 70364

IT IS FURTHER ORDERED that Sheila K. Booth, Clerk of Court for the U.S. Bankruptcy Court, Eastern District of Louisiana, shall turn over $350.00 to R.L. Landreneau, Jr., Attorney-at-Law, as attorney's fees for preparing and bringing this motion to hearing. This check shall be mailed to:
R.L. Landreneau, Jr.
Attorney-at-Law
801 Barrow St., Suite 201
Houma LA 70360

New Orleans, Louisiana, March 6, 2014.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

Respectfully Submitted:

/s/ R. L. Landreneau, Jr.
R. L. Landreneau, Jr.
Attorney-at-Law
801 Barrow Street, Suite 201
Houma LA 70360
(985) 876-7048
LA Bar No. 7961