H SF 1166 OCR 4 TFRM 2000 (Rev. 5-84) 1166-126

# VOUCHER AND SCHEDULE OF PAYMENTS

| | | |
|---|---|---|
| DEPARTMENT OR ESTABLISHMENT | United States Bankruptcy Court | D.O. VOU. NO. (TRANSP) |
| BUREAU OR OFFICE | Eastern District of Louisiana | |
| LOCATION OF TRANSMITTING OFFICE | New Orleans, LA | |

PURSUANT TO AUTHORITY VESTED IN ME. I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM THE APPROPRIATION (S) DESIGNATED HEREON OR ON SUPPORTING VOUCHERS.

June 2, 2014 — DATE

Brian Michaux 5/30/14
Sheila K. Booth, Clerk of Court — AUTHORIZED CERTIFYING OFFICER

PAID BY
William W. Blevins, Clerk
USDC, EDLA
4634

APPROPRIATION SUMMARY
14 6047BK B05LAEX B05LAEC 9000 $15,382.99

ALIGN AREA | ALIGN AREA

| FONT | SHEET | OF | AGENCY STATION NO. | SCHEDULE NUMBER | FOR D.O. USE ONLY 11-12831: Derek and Lisa Fulmer |
|---|---|---|---|---|---|
| | | | | | P D O SUFFIX |

GRAND TOTAL | NO-CHECK TOTAL

| PAYEE AND IF NECESSARY, ADDRESS, INVOICE NUMBER, OTHER IDENTIFICATION LINES 1, 3, 5, AND 7 | LINES 2, 4, 6 AND 8 | AMOUNT | NO. CHECK | VOUCHER NO. |
|---|---|---|---|---|
| Derek Wayne Fulmer and Lisa Smith Fulmer 6710 Willie Lou Ave. Houma, LA 70364 | Refund of unclaimed funds due to Derek Wayne Fulmer and Lisa Smith Fulmer, Case #11-12831: Derek Wayne Fulmer and Lisa Smith Fulmer, debtors, per order of Judge Magner, signed on May 14, 2014.<br><br>Funds were deposited on January 23, 2014. cv.<br><br>USDC CK# 00511082 PAID ON 6/02/14 CV. | $15,382.99 | | |

5
4
3
2
1
0

| D.O. CHECK NUMBERS | BEGINNING | ENDING | BEGINNING | ENDING |
|---|---|---|---|---|
| | USE FOR FIRST CHECK SERIAL NUMBER RANGE | | USE FOR SECOND CHECK SERIAL NUMBER RANGE IF APPLICABLE | |